RECEIVED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

REDACTED
ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-CR-71 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CURTIS MONTOGNESE,<br>Defendant,<br>and<br>MR. ROOTER,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Curtis Montognese, Social Security Number, XXX-XX-8039, with the last known address of XXXXXX, Lino Lakes, MN 55014.

The judgment was entered on November 30, 2001, for monetary impositions. The judgment was entered in the amount of $333,326.96, plus interest and costs.

As of July 16, 2008, after applying payments, if any, the balance on this judgment debt was $413,462.70 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from October 19, 2006, at a rate of 0% per annum.

SCANNED
JUL 22 2008
U.S. DISTRICT COURT MPLS

JMR - 7/21/08
WRIT ISSUED 7/22/08

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Mr. Rooter
5155 E. River Road, #412
Fridley, MN 55423

Dated: July 17, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600