UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-CR-71 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS MONTOGNESE,<br><br>Defendant,<br><br>and<br><br>MR. ROOTER,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 30, 2008, is hereby released.

Dated: August 18, 2008

s/James M. Rosenbaum
Judge
United States District Court